UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Yatau Her,

        Plaintiff,

v.

Officer Steven Pacolt,
Officer Michael Herschman,
City of St. Paul, Sgt. Paul
Paulos, and Tom Smith,

        Defendants.

Civil No. 11-cv-808 (PAM/TNL)

**ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Tony N. Leung dated July 16, 2013 (Docket No. 92). No objections have been filed to the R&R in the time period permitted. Accordingly **IT IS HEREBY ORDERED that** Defendants' Motion for Summary Judgment (Docket No. 42) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 12, 2013

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge